HARRY R. HEWITT and others as and constituting the County Canvassing Board of Elections of Pinellas County, Florida, et al., *Plaintiffs in Error*, v. STATE OF FLORIDA, ex rel. ROY BOOTH, *Defendants in Error*.

En Banc.

Decision filed May 20, 1930.

*Sutton, Tillman & Reeves* and *Whitaker Brothers*, for Plaintiffs in Error;

*McMullen & Draper, Dickinson & Lake*, for Defendants in Error.

PER CURIAM.—This cause having been submitted to the Court upon the transcript of the record of the judgment herein and briefs and arguments of counsel for the respective parties, and the record having been inspected and the Court being now advised of its judgment to be given

in the premises, it seems to the Court that there is no error in the said judgment. It is, therefore, considered, ordered and adjudged by the Court that the said judgment of the circuit court be, and the same is hereby affirmed.

TERRELL, C. J., AND WHITFIELD, ELLIS, STRUM, BROWN AND BUFORD, J. J., concur.